AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| ABRAM MULADZHANOV, individually, and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE CITY OF NEW YORK, COMMISSIONER POLLY TROTTENBERG, COMMISSIONER JACQUES JIHA and DEPUTY COMMISSIONER JEFFREY SHEAR, <br><br> *Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  The City of New York, 1 Centre Street, Room 1225, New York, NY 10007
Commissioner Polly Trottenberg, 55 Water Street, 9th Floor, New York, NY 10041
Commissioner Jacques Jiha, 66 John Street, Room 104, New York, NY 10038
Commissioner Jeffrey Shear, 66 John Street, Room 104, New York, NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Imbesi Law, P.C.,
450 7th Avenue, Suite 1408
New York, NY 10123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*