# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | March 29, 2018 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-18-930 (RRM) |
| **NAME OF CASE(S):** | **MULADZHANOV V. CITY OF NEW YORK ET AL.** |
| **FOR PLAINTIFF(S):** | Klein |
| **FOR DEFENDANT(S):** | Muschenheim, Stitelman |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | 10:12 - 10:19 |

## RULINGS FROM PRE-MOTION CONFERENCE:

Court sets the following briefing schedule for Defendants' Motion to Dismiss: Defendants' to serve their motion on April 26, 2019; Plaintiff shall serve the response by May 27, 2019; Defendants shall serve the reply and file the fully briefed motion by June 14, 2019.