UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
ABRAM MULADZHANOV, BINYAMIN SCHWARTZ
and GEORGE PRINGLE, individually, and on behalf of all
others similarly situated,

                                        Plaintiff,

                     -against-

THE CITY OF NEW YORK, COMMISSIONER POLLY
TROTTENBERG, in her individual and personal capacity,
COMMISSIONER JACQUES JIHA, in his individual and
personal capacity, DEPUTY COMMISSIONER JEFFREY
SHEAR, in his individual and personal capacity, JOHN and
JANE DOE CITY OF NEW YORK EMPLOYEES, JOHN
and JANE DOE NEW YORK CITY DEPARTMENT OF
TRANSPORTATION EMPLOYEES, JOHN and JANE
DOE NEW YORK CITY DEPARTMENT OF FINANCE
EMPLOYEES, JOHN and JANE DOE NEW YORK CITY
PARKING VIOLATIONS BUREAU EMPLOYEES and
JOHN and JANE DOE PARKING VIOLATIONS
BUREAU ADMINISTRATIVE LAW JUDGES.

                                        Defendants.
------------------------------------------------------------------- x

**NOTICE OF MOTION**

18 CV 00930 (RRM/ST)

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Mark W. Muschenheim, dated April 26, 2019, and the exhibits attached thereto; the accompanying Memorandum of Law in support of this motion, dated April 26, 2019; and upon the pleadings herein, the undersigned will move this Court, before the Honorable Steven L. Tiscione, United States Magistrate Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, at a time set by the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Amended Class Action Complaint, and granting such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE,** that in the event that this motion is denied, in whole or in part, defendants respectfully request thirty (30) days from docketing of the order denying the motion in which to answer the Complaint.

Dated: New York, New York
April 26, 2019

> ZACHARY W. CARTER
> Corporation Counsel of
> the City of New York
> Attorney for Defendants
> 100 Church St.
> New York, New York 10007
> Tel: (212) 356-2186
> Fax: (212) 356-2019
>
> By: _____
> Mark W. Muschenheim
> Assistant Corporation Counsel

**By First Class Mail and E-mail**

Israel Klein, Esq.
IMBESI LAW P.C.
Attorneys for Plaintiffs
450 Seventh Avenue, Suite 1408
New York, New York 10123