UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ABRAM MULADZHANOV, BINYAMIN SCHWARTZ
and GEORGE PRINGLE, individually, and on behalf of
all others similarly situated,

                     Plaintiffs,

                     v.

THE CITY OF NEW YORK, COMMISSIONER POLLY
TROTTENBERG, in her individual and personal capacity,
COMMISSIONER JACQUES JIHA, in his individual and
personal capacity, DEPUTY COMMISSIONER JEFFREY
SHEAR, in his individual and personal capacity, JOHN and
JANE DOE CITY OF NEW YORK EMPLOYEES, JOHN
and JANE DOE NEW YORK CITY DEPARTMENT OF
TRANSPORTATION EMPLOYEES, JOHN and JANE
DOE NEW YORK CITY DEPARTMENT OF FINANCE
EMPLOYEES, JOHN and JANE DOE NEW YORK CITY
PARKING VIOLATIONS BUREAU EMPLOYEES and
JOHN and JANE DOE PARKING VIOLATIONS
BUREAU ADMINISTRATIVE LAW JUDGES,

                     Defendants.

-------------------------------------------------------------------X

Case No.: 1:18-cv-00930 (RRM)
(ST)

**NOTICE OF LAW FIRM AND
ADDRESS CHANGE**

        PLEASE TAKE NOTICE that the law firm, address and contact information for attorney
Israel Klein has changed to:

                Pardalis & Nohavicka, LLP
                950 Third Avenue, 25th Floor
                New York, NY 10022
                Tel. (212) 213-8511
                Fax. (347) 897-0094
                Israel@pnlawyers.com

Dated:  New York, New York
        November 11, 2019

                                  Respectfully,

                                  /s/ Israel Klein
                                  Israel Klein, Esq.