UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ABRAM MULADZHANOV, BINYAMIN
SCHWARTZ, and GEORGE PRINGLE,
individually, and on behalf of all
others similarly situated,

                     Plaintiffs,

               -against-

THE CITY OF NEW YORK, COMMISSIONER
POLLY TROTTENBERG, in her individual
and personal capacity, COMMISSIONER
JACQUES JIHA, in his individual and personal
capacity, DEPUTY COMMISSIONER JEFFREY
SHEAR, in his individual and personal capacity,
JOHN and JANE DOE CITY OF NEW YORK
EMPLOYEES, JOHN and JANE DOE NEW
YORK CITY DEPARTMENT OF
TRANSPORTATION EMPLOYEES,
JOHN and JANE DOE NEW YORK CITY
DEPARTMENT OF FINANCE EMPLOYEES,
JOHN and JANE DOE NEW YORK CITY
PARKING VIOLATIONS BUREAU EMPLOYEES
and JOHN and JANE DOE PARKING VIOLATIONS
BUREAU ADMINISTRATIVE LAW JUDGES,

                     Defendants.
------------------------------------------------------------- X

JUDGMENT
18-CV-00930 (RRM) (ST)

     A Memorandum and Order of Honorable Steven L. Tiscione, United States Magistrate

Judge, having been filed on March 16, 2020, granting Defendants' motion to dismiss as to the

Plaintiffs' Section 1983 claim; declining to exercise supplemental jurisdiction over Plaintiffs'

remaining state law claims, *See Carlsbad Tech*., *Inc. v. HIF Bio, Inc.,* 556 U.S. 635, 639-40

(2009); and dismissing Plaintiffs' amended complaint in its entirety without prejudice; it is

     ORDERED and ADJUDGED that Defendants' motion to dismiss is granted as to the

Plaintiffs' Section 1983 claim; that the Court declines to exercise supplemental jurisdiction over

Plaintiffs' remaining state law claims, *See Carlsbad Tech*., *Inc. v. HIF Bio, Inc.,* 556 U.S. 635,

639-40 (2009); and that Plaintiffs' amended complaint is dismissed in its entirety without

prejudice.

Dated: Brooklyn, NY                                                 Douglas C. Palmer
      March 17, 2020                                          Clerk of Court


                                              By: */s/Jalitza Poveda*
                                                  Deputy Clerk